**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BRANDI RONAY BURKS,

Plaintiff,

vs.

KIARI KENDRELL CEPLUS,

Defendant.

Case No.: 2:26-cv-01228-GMN-MDC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 8), of United States Magistrate Judge Maximiliano D. Couvillier, III, which recommends that this case be dismissed. (R&R 3:3–5, ECF No. 8). Judge Couvillier initially entered an Order denying Plaintiff's application to proceed in this case *in forma pauperis*, requiring Plaintiff both to pay the filing fee or file a new IFP application and to file a notice of changed address on June 15, 2026, to which Plaintiff did not respond. (*See generally* Order, ECF No. 6).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been

filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* R&R) (setting a September 7, 2026 deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 8), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that this case be **DISMISSED** with prejudice.

The Clerk of Court is kindly directed to close this case.

**DATED** this __7__ day of October, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT